IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re SAMUEL ANDERSON,

No. C 13-02906 YGR (PR)

**ORDER OF TRANSFER**

/

This action was opened on June 24, 2013, when the Court received from Inmate Samuel Anderson a motion entitled, "Physical Access to Prison Law Library," that concerned prison conditions. He has also filed an *in forma pauperis* application.

On the same date, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that had not submitted his certificate of funds and a prisoner trust account statement for the previous six months. The Clerk further notified him that this action would be dismissed if he did not submit the proper documents within twenty-eight days.

Further review of Plaintiff's case reveals that, in addition to failing to submit the proper documents, he has also initiated his civil action in the wrong judicial district. Plaintiff's motion states that he is currently incarcerated at California State Prison - Los Angeles County (LAC) in Lancaster, California. He alleges that the prison staff at LAC have denied him access to the law library and have also denied him adequate medical treatment. (June 24, 2013 Motion at 1-3, 8.)

LAC is located in the Central District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Western Division of the United States District Court for the Central District of California. The Clerk shall transfer the case forthwith.

If he wishes to further pursue this action, Plaintiff must complete the proper documents in support of his *in forma pauperis* application that are required by the Western Division of the United States District Court for the Central District of California and mail them to that district.

1   All remaining motions are TERMINATED on this Court's docket as no longer pending in
2   this district.
3   IT IS SO ORDERED.
4   DATED: July 9, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.13\Anderson2906.transfer.wpd                 2