UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ANDERSON, <br><br> Plaintiff, <br><br> v. <br><br> J. CLARK KELSO, et al., <br><br> Defendants. | No. CV 13-4965 MMM (FFM) <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that defendants J. Clark Kelso, J. Beard. S. Soto, Dr. P. Fernandez, Sr. S. Xu, [FNU] Moore, L. Medanis, and L. Rowe are dismissed from this action without prejudice.

DATED: January 28, 2014

_____
MARGARET M. MORROW
United States District Judge