1
2
3
4
5
6
7
8

FILED
CLERK, U.S. DISTRICT COURT

JUN 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ANDERSON, ) | No. CV 13-4965 MMM (FFM) |
| Plaintiff, ) | ORDER DISMISSING I. IBBOTTSON |
| v. ) | |
| J. CLARK KELSO, et al., ) | |
| Defendants. ) | |

On October 24, 2013, the Magistrate Judge issued a Report and Recommendation recommending that "all defendants other than Dr. Wu be dismissed" from this action. The Report and Recommendation also listed the name of each such defendant. The Report and Recommendation was accepted on January 28, 2014 and all defendants other than defendant Wu were dismissed without prejudice.

On May 6, 2014, plaintiff filed a document entitled "Notice and Request for Ruling Pursuant to Cal. Pen. Code 4551(3)(A) and (3)(B)." With this filing, plaintiff asks the Court to clarify whether Ms. I. Ibbottson is a defendant. A review of the Amended Complaint filed September 18, 2013 (and entitled "Eminent Danger") confirms that no I. Ibbottson is listed as a defendant.

/ / /
/ / /
/ / /

To the extent plaintiff contends that I. Ibbottson is a defendant, pursuant to the Report and Recommendation recommending that all defendants in this action other than defendant Wu be dismissed, I. Ibbottson is hereby dismissed from this action without prejudice.

IT IS SO ORDERED.

DATED: June 4, 2014

*Margaret M. Morrow*
MARGARET M. MORROW
United States District Judge

Presented by:

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge