UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL ANDERSON, | ) | No. CV 13-4965 MMM (FFM) |
| Plaintiff, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| J. CLARK KELSO, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Final Report and Recommendation of United States Magistrate Judge re Motion to Revoke IFP Status ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that defendant's motion to revoke plaintiff's *in forma pauperis* status is GRANTED; and that this action will be dismissed without prejudice unless plaintiff submits the full filing fee within 30 days from the date of this order.

DATED:  January 21, 2015

                                                                MARGARET M. MORROW
                                                                United States District Judge